No. 3907.—Marxuach Plumey, Aplte., *v.* Acosta et al.,
Apldas.—C. D. San Juan. Inexistencia de actos y contratos

y reconocimiento del carácter privado de ciertos bienes. Julio 12, 1927.

POR CUANTO la transcripción elevada a esta Corte Suprema a los efectos de la apelación interpuesta contra la sentencia, no contiene las pruebas practicadas, y,

POR CUANTO de las alegaciones se desprende que se trabaron controversias de hecho y de la relación del caso y opinión del juez de distrito se deduce que el fallo se basa tanto en la prueba como en las alegaciones;

POR TANTO no habiendo colocado el apelante a esta Corte Suprema en las mismas condiciones en que estaba la corte sentenciadora, como era su deber, se declara sin lugar el recurso y se confirma la sentencia apelada.